AO 93 (Rev. 11/13) Search and Seizure Warrant

**SEALED DOCUMENT**

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

2019 NOV 21 P 2: 26

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  19-mj- 234-01-AJ
2014 BROWN BUICK ENCORE (VIN: )
KL4CJHSB3EB537488), NH REG. 4496983 )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___New Hampshire___
*(identify the person or describe the property to be searched and give its location)*:

2014 BROWN BUICK ENCORE (VIN: KL4CJHSB3EB537488), NH REG. 4496983, detailed descriptions and location of which are contained in the Affidavit and Attachment A attached and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (attached and incorporated herein).

**YOU ARE COMMANDED** to execute this warrant on or before ___11/28/2019___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  11/15/2019; 4:27pm   _Andrea K. Johnstone_
                                              *Judge's signature*

City and state:   Concord, New Hampshire           Andrea K. Johnstone, U.S. Magistrate Judge
                                                   *Printed name and title*

## Attachment A
## Description of Property to Be Searched

The property to be searched is a 2014 Brown Buick Encore (VIN: KL4CJHSB3EB537488) with New Hampshire Registration 4496983 ("Subject Vehicle"), currently impounded at the Claremont Police Department, 58 Opera House Square, Claremont, NH.

## Attachment B:
## Description of Items to Be Seized

1. Firearms.

2. Any items pertaining to the possession of firearms, including, but not limited to, gun cases, original gun packaging boxes, ammunition, ammunition magazines, holsters, targets, parts and accessories for firearms, and/or firearm cleaning equipment.

3. Controlled substances, including but not limited to marijuana.

4. Drug possession paraphernalia.

5. Computer hardware or software and other digital recording devices such as cameras, cell phones, tablets, PDAs, video recorders, and their related storage media that may contain documentation of the possession of firearms and/or the use of controlled substances.

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 19-mj-234-01-AJ | Date and time warrant executed: 11-15-19 1715 | Copy of warrant and inventory left with: VEHICLE |
|---|---|---|

Inventory made in the presence of: TFO ERIC JOYAL

Inventory of the property taken and name of any person(s) seized:

— SEE ATTACHED RECEIPT —

NOTHING FURTHER

*John R. Cook*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11-15-19

*John R. Cook*
Executing officer's signature

JOHN COOK   S/A
Printed name and title

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number 762095-17-0072 | Case/Inspection Title VALLEY | Office MANCHESTER |
|---|---|---|---|
| Taken from: (name, title, address, if appropriate) BUICK ENCORE NH 449 6983 | | | Recipient: (name, title, address, if appropriate) ATF MANCHESTER FIELD OFFICE |
| Location of Transfer or Seizure: CLAREMONT POLICE DEPT. | | | Basis for Transfer or Seizure of Items: SEARCH WARRANT |

| Amount or Quantity | Description of Item(s) |
|---|---|
| ONE (1) | CANIK TP9SF 9x19 PISTOL T6472-15 AT32088 |
| ONE (1) | LOADED MAGAZINE AND ROUNDS OF AMMO |
| ONE (1) | PINK SAMSUNG GALAXY S9 PHONE |
| ONE (1) | PILL BOTTLE W/ SUSPECTED NARCOTICS |
| ONE (1) | PLASTIC BAG SUSPECTED MARIJUANA |

*NOTHING FURTHER* 11-15-19

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: (signature) [signed] S/A    Date: 11-15-19

Transferred by: (signature, if appropriate)    Date    Witnessed by: (signature)    Date

U.S. GOVERNMENT PRINTING OFFICE: 2009-349-461/41101

ATF Form 3400. 23
Revised March 2005